JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL NIGUEL COUNTRY CLUB, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 8:18-cv-01505-CJC-JDE<br><br>[California State Court Case No. 30-2018-00985880-CU-BC-CJC]<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Dismiss Plaintiff El Niguel Country Club's Complaint Against Defendant American Zurich Insurance Company] |

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint against defendant American Zurich Insurance Company ("Zurich") is dismissed with prejudice;

**IT IS SO ORDERED.**

DATED: October 18, 2019

By: _____
The Honorable Cormac J. Carney
Judge of the United States District Court

2